IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02064-RPM

DAVID M. O'MAILIA, individually and doing business as
COVENANT CATTLE COMPANY,

      Plaintiff,

vs.

TRAMCOR CORPORATION and
DARRELL F. KIDMAN II,

      Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE
_____

After review of the Unopposed Motion to Reschedule the September 16, 2014 Scheduling Conference to October 1, 2014, filed August 11, 2014 [12], it is

ORDERED that the motion [12] is granted and the scheduling conference is reset for **October 1, 2014 at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 25, 2014.**

DATED:  August 11th , 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge