IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02064-RPM

DAVID M. O'MAILIA, individually and doing business as
COVENANT CATTLE COMPANY,

    Plaintiff,

vs.

TRAMCOR CORPORATION and
DARRELL F. KIDMAN II,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [18] filed January 12, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

DATED:   January 12th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge